# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARL GOWDY, | ) | No. CV 16-1340 CJC (FFM) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KIM HOLLAND, WARDEN | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is denied without prejudice.

DATED: March 25, 2016

_____
CORMAC J. CARNEY
United States District Judge